IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAQUELINE KAY ANSPACH, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : | No. 16-cv-01000 |
| Defendant | : | |

**ORDER**

AND NOW this 10th day of November, 2016, upon consideration of Plaintiff Jaqueline Kay Anspach's request for review (Doc. No. 10), Defendant Carolyn W. Colvin's response in opposition (Doc. No. 12), and Anspach's reply (Doc. No. 13); and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review (Doc. No. 10) is DENIED, and the final order of the Acting Commissioner of Social Security is AFFIRMED.

3. JUDGMENT IS ENTERED in favor of the Acting Commissioner of Social Security; and,

4. The Clerk of Court shall mark this case CLOSED.

SO ORDERED:

J. William Ditter, Jr.
HON. J. WILLIAM DITTER, JR.
U.S. District Court Judge

ENTERED
NOV 22 2016
CLERK OF COURT

FILED
NOV 10 2016
LUCY V. ___, Interim Clerk
By ___ Dep. Clerk